

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-26-00007-CV

---

IN RE KING-JOSEPH:  PENSON II

---

Original Mandamus Proceeding

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Via his petition for a writ of mandamus of January 23, 2026, Relator, King-Joseph: Penson II, asserts that the trial court has not timely ruled on his motion for summary judgment. Relator asks this Court to remedy this alleged failure of the trial court. The motion at issue was filed on December 17, 2025. Relator has not made the showing required to obtain the relief he seeks.

"Mandamus issues only when the mandamus record establishes (1) a clear abuse of discretion or violation of a duty imposed by law and (2) the absence of a clear and adequate remedy at law." *In re Good Shepherd Hosp., Inc.*, 572 S.W.3d 315, 319 (Tex. App.—Texarkana 2019, orig. proceeding) (citing *Cantu v. Longoria*, 878 S.W.2d 131 (Tex. 1994) (per curiam) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992) (orig. proceeding)). "Trial courts are required to consider and rule on motions within a reasonable time." *In re Blakeney*, 254 S.W.3d 659, 662 (Tex. App.—Texarkana 2008, orig. proceeding).

Often, "[d]etermining what time period is reasonable is not subject to exact formulation." *Id.* However, the Legislature has recently provided statutory timelines for considering motions for summary judgment. *See* TEX. GOV'T CODE ANN. § 23.303 (Supp.).

The petition does not show that the trial court exceeded the time permitted by Section 23.303. We deny Relator's requested mandamus relief.

Jeff Rambin
Justice

Date Submitted:     February 4, 2026
Date Decided:       February 5, 2026

2